# In the United States Court of Federal Claims

MARVIN PAUL ELSESSER,

                Plaintiff,

    v.

 THE UNITED STATES,

                Defendant.

No. 26-cv-591
(Filed:  June 4, 2026)

## ORDER

Plaintiff, Mr. Marvin Paul Elsesser ("Mr. Elsesser"), filed a Complaint in this Court but failed to pay the required filing fee.  *See* ECF Nos. 1, 5.  On April 23, 2026, the Court ordered Mr. Elsesser to either pay the filing fee or file a motion to proceed in forma pauperis ("IFP") by May 22, 2026.  ECF No. 6.  The Court attached a blank IFP form.  *Id.*  The Court stated that if Mr. Elsesser did not pay the filing fee or file a proper motion to proceed IFP by May 22, 2026, the Complaint would be dismissed for failure to prosecute.  *Id.*  To this date, Mr. Elsesser has not paid the filing fee or filed a motion to proceed IFP.  Thus, Mr. Elsesser has failed to comply with this Court's rules and the applicable fee statutes.  *See* Rule 77.1(c) of the Rules of the United States Court of Federal Claims ("RCFC"); 28 U.S.C. §§ 1915, 1926.  "If the plaintiff fails to prosecute or to comply with these rules or a court order, the court may dismiss on its own motion . . . ."  RCFC 41(b).  Dismissal is the appropriate sanction where a plaintiff is "warned that [his] complaint was in danger of dismissal but failed to comply with court orders."  *Koopmann v. United States*, No. 2021-1746, 2022 WL 1073341, at *3 (Fed. Cir. Apr. 11, 2022).  For those reasons, the Court hereby **DISMISSES** Mr. Elsesser's Complaint, ECF No. 1, **without prejudice** for failure to prosecute under Rule 41(b).  The Court **DENIES** Mr. Elsesser's Motion for Leave to Amend his Complaint, ECF No. 8, as **MOOT**.  The Clerk of Court shall enter **JUDGMENT** accordingly and reject all future deficient filings in this case.

       **IT IS SO ORDERED.**

                                     _____
                                      ROBIN M. MERIWEATHER
                                      Judge